

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,603-01

## EX PARTE AHMED JAMAL HAJO, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1222718 IN THE 351ST DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of credit card abuse and, after a period of deferred adjudication, was sentenced to four years' imprisonment. He did not appeal his conviction.

Applicant contends that his sentence is illegal. He was sentenced to four years' imprisonment on a state jail felony. The trial court and the State agree that Applicant is entitled to relief and the record supports that recommendation.

Relief is granted. The judgment in Cause No. 1222718 in the 351st District Court of Harris

County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: December 18, 2013
Do not publish